Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax    (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| MICHAEL ALLAN HANSON | ) Chapter 13 <br> ) <br> ) Case No.: 8:07-bk-13635-RK <br> ) <br> ) **NOTICE OF UNCLAIMED DIVIDEND** <br> ) **(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301177** in the sum of **$1,122.60** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and address of the party entitled to said unclaimed dividend is as follows:

    MICHAEL ALLAN HANSON
    1001 STARBUCK ST G-104
    FULLERTON, CA 90212

Date: September 10, 2011          __/S/_____
                                  Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 0713635 | MICHAEL ALLAN HANSON<br>ACCT:    Claim: 00000 | XXX-XX-7144 | 1,122.60 | 0.00 | 1,122.60 |
| | | TOTALS | 1,122.60 | 0.00 | 1,122.60 |

MICHAEL ALLAN HANSON

BALANCE:                  [0.00  13/00000]
SSN: XXX-XX-7144    SSN:
ACCT:                          CASE: 0713635
PRINCIPAL:    1,122.60    INTEREST:    0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

0301177

Sep 09, 2011

VOID 90 DAYS FROM DATE

*****$1,122.60

PAY    One Thousand One Hundred Twenty Two And 60 / 100 Dollars

TO THE ORDER OF    *U.S. BANKRUTCY COURT (FISCAL DEPT.)*
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301177⑈ ⑆061100790⑆ 000000575186 2⑈